```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

B & J ENTERPRISES, LTD.           *

        Plaintiff          *

    vs.                            * CIVIL ACTION NO. MJG-06-1235

KEN GIORDANO, et al.              *

        Defendants         *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated on the record of proceedings held in this matter on this date:

1. Defendants' Motion for Summary Judgment [Document 38] is GRANTED.

2. Plaintiff's Motion for Summary Judgment [Document 39] is DENIED.

3. The Court shall defer the entry of Judgment pending resolution of any timely motion seeking reconsideration of the grant of summary judgment to Defendants.

4. Plaintiff may, by October 22, 2007 file a motion for reconsideration of the grant of summary judgment to Defendants subject to the following conditions:

    a. Plaintiff shall submit <u>evidence</u> adequate to establish the existence of a genuine issue of material fact preventing summary judgment for Defendants.

    b. Defendants shall be paid, pursuant to 28 U.S.C. § 1927 and/or other authority, their reasonable costs, including legal fees, for all actions taken pertaining to the above-named motions after the filing of Defendants'

        **Motion for Summary Judgment through the date of the hearing on the above-named motions.**

**SO ORDERED, on <u>Wednesday, August 22, 2007</u>.**

                      **_____/ s /_____**
                      **Marvin J. Garbis**
               **United States District Judge**