```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

B&J ENTERPRISES, LTD.            *

          Plaintiff              *

     vs.                         *   CIVIL ACTION NO. MJG-06-1235

KEN GIORDANO, et al.             *

          Defendants             *

*         *    *    *     *    *     *     *    *
```

## JUDGMENT ORDER

The Court has, on this date, denied Plaintiff's Motion for Reconsideration of the Court's grant of summary judgment to Defendants by Order of August 22, 2007 [Document 47].

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Albrecht Entertainment Services, Inc. and Ken Giordano and against Plaintiff B&J Enterprises dismissing all claims with all assessable costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, March 11, 2008.

```
                              _____/ s /_____
                                 Marvin J. Garbis
                              United States District Judge
```